# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DEAN CHRISTIAENS<br><br>    Plaintiff,<br><br>  vs.<br><br>CORECIVIC OF TENNESSEE, LLC,<br>Does 1-10, Severally, or in the<br>Alternative, Jointly<br><br>    Defendants. | Case No. CV-22-111-GF-BMM<br><br><br>**ORDER** |

Upon the joint motion to dismiss this case with prejudice (Doc. 60) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear their own fees and costs.

DATED this 28th day of June, 2024.

_____
Brian Morris, Chief District Judge
United State District Court